UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. CORTES-SALCEDO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, et al.,<br><br>Defendants. | No. 2:20-cv-0048 DB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that officers used excessive force against him. In his most recent filing, plaintiff has indicated that he would like to file an amended complaint. (ECF No. 8.) The court will grant plaintiff the opportunity to file an amended complaint. Should plaintiff elect not to file an amended complaint within a specified amount of time the court will screen the original complaint.

Plaintiff is advised that should he elect to file an amended complaint it should be complete in itself without reference to any prior pleading. E.D. Cal. R. 220. Once an amended complaint is filed, all prior pleadings are superseded. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be specifically alleged.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. If plaintiff elects to file an amended complaint, he shall file it within forty-five days from the date of this order;

2. Any amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."

Dated: June 19, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/cort0048.Am'd