UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. CORTES-SALCEDO, | No. 2:20-cv-0048 DB P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's request for an extension of time to file an amended complaint and his request for copies. As a one-time courtesy the court will provide the requested document. However, plaintiff is advised that in the future copies may be provided upon payment of the copy fee at $0.50 per page.

////
////
////
////
////
////
////
////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

3. The Clerk of the Court shall send to plaintiff, along with this order, a copy of the court's September 19, 2020 order (ECF No. 12).

Dated: October 30, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/cort0048.36amc