UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. CORTES-SALCEDO, | No. 2:20-cv-0048 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On June 3, 2021, the court issued a discovery and scheduling ordered. (ECF No. 23.) This was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address. As such, it will be recommended that this action be dismissed for failure to prosecute.

Defendants have also filed a motion to compel (ECF No. 24) and a motion for judgement on the pleadings (ECF No. 25). Given that it will be recommended that this action be dismissed, these motions will be denied without prejudice. Should these findings and recommendation be denied, the defendants may re-notice these motions before the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (ECF No. 24) is denied without prejudice;
2. Defendant's motion for judgement on the pleadings (ECF No. 25) is denied without prejudice; and
3. The Clerk of the Court shall randomly assign a district judge to this action.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/cort0048.33a